UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK WILLIAMS, | ) | 1:07-CV-01352 AWI NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING IN FORMA PAUPERIS |
| v. | ) | STATUS |
| | ) | |
| GOVERNMENT BOARD CLAIMS, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **September 21, 2007**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE